IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | NO. 21-00416 |
| | : | |
| DARRON THOMAS | : | |
| | : | |

### ORDER

**AND NOW,** this **28th** day of **March, 2022,** it is hereby **ORDERED,** for the reasons set forth in the accompanying memorandum, that Defendant's motion [ECF No. 106] pursuant to Federal Rules of Criminal Procedure 33 and 34 is **DENIED.**

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**