IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Michael Cosgrove/ESR | Ronald Vance |
|---|---|
| Court Reporter | Deputy Clerk |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Joseph Labar, AUSA. |
| v. | : | CR NO. 21-416 |
| DARRON THOMAS | : | Dennis Caglia, Esq. (Stand-by Counsel) |

### MINUTE SHEET
Courtroom 15A

BEFORE JUDGE  Eduardo C. Robreno     DATE  4/22/22   TIME  9:45 A.M

### SENTENCING
_____
### PROCEEDING

The Court denies the Defendant's request for new stand-by counsel.
Defendant sworn.
Statements by counsel for the Government and Defendant.
The Defendant's objections to the Presentence Investigative Report are denied.
The Court adopts the recommended finding s of fact incorporated in the PSI.

**Custody – Time served.**

**Supervised Release -  None imposed**. The Defendant is to comply with the standard conditions of supervision as well as any additional supervised release terms imposed by the Court.

**Fine – waived by the Court.**

**Special Assessment - $25.00**

**Restitution – n/a**

The defendant is notified of his rights to appeal.
The defendant is remanded to the custody of the U.S. Marshal.

Court adjourned at  11:25 A.M     To reconvene

**TOTAL TIME IN COURT :   1 hour 40 minutes**